UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Myisha Keyetta Carter                                    Docket No. 5:25-CR-91-1M

**Petition for Action on Supervised Release**

COMES NOW Tyler L. Wiegand, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Myisha Keyetta Carter, who, upon an earlier plea of guilty to Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349, was sentenced by the Honorable David Hittner, Senior U.S. District Judge, in the Southern District of Texas on November 17, 2021, to the custody of the Bureau of Prisons for a term of 71 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Myisha Keyetta Carter was released from custody on February 7, 2025, at which time the term of supervised release commenced in the Eastern District of North Carolina. On April 21, 2025, jurisdiction was transferred from the Southern District of Texas to the Eastern District of North Carolina and the case was assigned to the Honorable Richard E. Myers II.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
While participating in substance abuse treatment, the assessing agency reported that the defendant is suffering from mental health symptoms as well as substance abuse issues. To assist the defendant with her mental health issues, it is respectfully recommended that the conditions of supervised release be modified to include a mental health treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Supervising U.S. Probation Officer | /s/ Tyler L. Wiegand<br>Tyler L. Wiegand<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2551<br>Executed On: April 24, 2025 |

**ORDER OF THE COURT**

Considered and ordered this 24th day of April, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge